

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2024

No. 04-24-00344-CV

**IN RE H.J.[1]**

Original Mandamus Proceeding[2]

**ORDER**

On May 17, 2024, relator filed a petition for writ of mandamus. On May 20, 2024, this court requested the real party in interest and respondent file a response to the petition. *See* TEX. R. APP. P. 52.4, 52.8(b)(1). No response was filed. In accordance with our opinion of this date, we conditionally grant the petition for writ of mandamus and order the Honorable Monique Diaz to, within fifteen days of this order, (1) vacate her May 17, 2024 order and (2) file a copy of the written order in this court. *See* TEX. R. APP. P. 52.8(c). The writ will issue only in the event we are informed Judge Diaz has failed to comply with this order.

It is so **ORDERED** on October 2, 2024.

_Liza A. Rodriguez, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2024.

_Luz Estrada, Chief Deputy Clerk_

---

[1]To protect the identity of minor children, we refer to the parties by fictitious names, initials, or aliases. *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8(b)(2).

[2]This proceeding arises out of Cause No. 2020-CI-17862, styled *In the Interest of B.S.J., J.A.J. and J.L.J.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Monique Diaz presiding.